# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:08-CR-393-TWT |
| JEROME JULIUS WEEKS<br>also known as<br>Clarence Royden Weekes<br>also known as<br>Jerome J. Weekes<br>also known as<br>Jerome Week,<br>    Defendant. | |

## ORDER

This is a criminal case. It is before the Court on the Report and Recommendation [Doc. 53] of the Magistrate Judge recommending denying the Defendant's Motion to Suppress Evidence [Doc. 14] and Motion to Dismiss [Doc. 15]. For the reasons set forth in the thorough and well reasoned Report and Recommendation, the law enforcement agents possessed lawful authority to enter the apartment to execute a valid arrest warrant. They had a reasonable belief that the Defendant resided in the apartment and reason to believe that he was within the apartment at the time of entry. The agents then conducted a protective sweep of the

premises for their protection and that of others. During the protective sweep, Inspector Warren saw in plain view a box of ammunition in the partially open drawer of the bedroom night stand. After the Defendant was apprehended and removed from the apartment, Ms. Edmonds consented to a search of the apartment. The consent was voluntarily given. Ms. Edmonds' testimony that she did not consent to the search is not credible for the reasons given by the Magistrate Judge. The Defendant concedes that there is abundant Eleventh Circuit authority upholding the constitutionality of 18 U.S.C. § 922(g). The Court approves and adopts the Report and Recommendation of the Magistrate Judge as the judgment of the Court. The Defendant's Motion to Suppress Evidence [Doc. 14] and Motion to Dismiss [Doc. 15] are DENIED.

SO ORDERED, this 22 day of October, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge